UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PARMINDERPAL SINGH,

           Petitioner,

   v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

           Respondents.

CASE NO. 2:25-cv-00131-MJP-GJL

ORDER DIRECTING FILING OF THE RETURN AND STATUS REPORT, § 2241 PETITION

Petitioner Parminderpal Singh has filed a counseled 28 U.S.C. § 2241 immigration habeas Petition. Having reviewed the Petition, the Court **ORDERS** the following:

    (1)    <u>Service</u>

If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the Petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondents.

//

//

ORDER DIRECTING FILING OF THE RETURN
AND STATUS REPORT, § 2241 PETITION - 1

(2) <u>Return</u>

**Within 30 days of the date this Order is posted**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary.

Respondents shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner. The return will be treated in accordance with LCR 7. Accordingly, on the face of the Return, Respondents shall note it for consideration on the first business day occurring 28 days after it is filed, and the Clerk shall note the Return accordingly. Petitioner may file and serve a response not later than 21 days after the Return is filed and served, and Respondents may file and serve a reply brief not later than the business day designated for consideration of the matter.

(3) <u>Change in Custody Status</u>

If Petitioner's custody status changes at any point during this litigation, **Respondents shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Marsha J. Pechman.

Dated this 24th day of January, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER DIRECTING FILING OF THE RETURN
AND STATUS REPORT, § 2241 PETITION - 2